UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11:CR-114-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTINA FAYE LYNCH, | ) | |
| Defendant. | ) | |

This matter is before the court on the Motion to Seal [DE-16] filed by Defendant. In the motion, Defendant requests that her Motion for Downward Departure/Variance [DE-14] be sealed as well as "its attachments." Defendant further contends that "the attached material consists of confidential personal medical and treatment program information." The court notes that the Motion for Downward Departure/Variance was not accompanied by any "attachments." Therefore, the court can only assume that the "attachments" are in reference to the materials that *will* be provided to the court detailing the feasibility of certain treatment programs for Defendant, as mentioned in the Motion for Downward Departure/Variance [DE-14]. Because these documents have not yet been provided, the court will reserve its judgment as to the necessity of sealing such materials.

Accordingly, Defendant's Motion to Seal [DE-16] is ALLOWED IN PART AND DENIED IN PART. Defendant's request to seal the Motion for Downward Departure/Variance [DE-14] is ALLOWED. Defendant's request to seal the "attachments" accompanying the Motion for Downward Departure/Variance [DE-14] is DENIED. Defendant may file a separate motion to seal these "attachments," but only after such documents have been submitted for the court's review.

SO ORDERED.

This, the 1st day of September, 2011.

JAMES C. FOX
Senior United States District Judge