IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:11-CR-114-1F

| UNITED STATES OF AMERICA | ORDER TO FILE ATTACHMENT IN SUPPORT OF DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE/VARIANCE UNDER SEAL |
|---|---|
| v. | |
| CHRISTINA FAYE LYNCH, | |
| Defendant. | |

This matter having come before the Court on Motion to File Attachment In Support of Defendant's Motion for Downward Departure/Variance Under Seal, and for good cause shown;

IT IS HEREBY ORDERED that the attached document be filed UNDER SEAL.

SO ORDERED.

This the 2nd day of September, 2011.

_____
JAMES C. FOX
Senior United States District Judge